Michael R. Mordaunt, Esq., Bar No. 66911
Lori A. Reihl, Esq., Bar No. 246395
RIGGIO MORDAUNT & KELLY
A Professional Law Corporation
2509 West March Lane, Suite 200
Stockton, CA 95207
Telephone: (209) 473-8732

Attorneys for Defendant
TARGET CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN MOSLEY (MOSELY) | Case No. 2:11-CV-00440-GEB-DAD |
| Plaintiff(s), | |
| vs. | **STIPULATION TO CONTINUE EXPERT DISCLOSURE AND DISCOVERY DEADLINE** |
| TARGET CORPORATION and DOES 1 to 20, inclusive | |
| Defendant(s). | |

WHEREAS the parties agree that a continuance of the dates concerning disclosure of expert witnesses and discovery cutoff is in their mutual interest to allow additional time for the completion of party depositions in this matter,

IT IS HEREBY STIPULATED AND AGREED that mutual disclosure of expert witnesses and exchange of expert reports shall take place on or before June 7, 2012, and the mutual disclosure of rebuttal expert witnesses and exchange of reports shall take place on or before July 7, 2012.

IN ADDITION, the parties hereby stipulate and agree that the discovery cut-off date of July 7, 2012 be extended to October 7, 2012.

The parties request that the final pretrial conference date currently scheduled for November 5, 2012 and the trial date currently scheduled for February 5, 2013 remain in place.

///

///

1

STIPULATION

| | |
|---|---|
| Dated:    1/18/12 | LAW OFFICE OF SEAN MUSGROVE |
| | By:   /s/ |
| | Samuel Stamas Esq.<br>Sean Musgrove, Es.<br>Attorney for Plaintiff<br>ROBIN MOSLEY |
| Dated:    1/11/12 | RIGGIO MORDAUNT & KELLY |
| | By:   /s/ |
| | Michael R. Mordaunt, Esq.<br>Attorneys for Defendant<br>TARGET CORPORATION |

**ORDER**

IT IS HEREBY ORDERED that the court's Scheduling Order is modified as follows: Rule 26(a) expert disclosure shall take place on or before June 7, 2012, and any authorized rebuttal shall take place on or before July 7, 2012. In addition, the discovery completion is October 7, 2012.

1/19/12

_____
GARLAND E. BURRELL, JR.
United States District Judge

2

STIPULATION